*In re* LISSBURGER.

*(Circuit Court, S. D. New York.    April 11, 1881.)*

1. IN RE LISSBURGER, 2 FED. REP. 153, AFFIRMED.

In Bankruptcy.

*John F. Dillon* and *M. H. Regensburger,* for the review.

*R. D. Benedict,* and *J. F. Malcolm,* opposed.

BLATCHFORD, C. J.   I have carefully considered the questions in this case, and am of opinion that the order made herein by the district court, bearing date April 3, 1880, and spoken of in the petition of review as having been made and entered on or about April 6, 1880, was a proper order, and that the prayer of said petition must be denied, with costs.